FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2017 APR 11 PM 3:48

JEFFREY P. COLWELL
CLERK

BY________DEP. CLK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**CHARLES R. HOFFMEISTER AND COLEEN C. HOFFMEISTER**
**Plaintiffs,**
**v.**
**UNITED STATES and**
**STUDENT LOAN FORGIVENESS, BY**
**AND THROUGH MC BUSINESS GROUP**

**DEFENDANTS,**

**COMPLAINT**

**COMES NOW the Plaintiffs, Charles R. Hoffmeister and Coleen C. Hoffmeister and makes the following claims of action against the Internal Revenue Service, United States Treasury Department, The United States Department of Education, USA Funds, Navient, The Federal Student Aid Fund, Sallie Mae Student Loan and MC Business Group stating as follows:**

**PRO SE**

**Plaintiffs' respectfully appear before this Court pro se and forma pauperis, (1) due to the income and responsibilities of the parties as set forth below and (2) Plaintiff has been unable to find any attorney to handle such a case as outlined below due to the unlikelihood of a monetary gain or return of profit.**

**JURISDICTION**

**Jurisdiction in the United States District Court is proper due to the parties' diversity and the following causes of action.**

**THE PARTIES:**

**1. Charles and Coleen C. Hoffmeister have been residents of the State of Colorado for 12 years, currently living at 1298 S Quieto Way, Denver, Co, 80223. Plaintiffs formerly lived in Kansas and have been married for over thirty-five (35) years.**

**2. The Internal Revenue Service, The United States Department of Education, USA Funds, Navient, Sallie Mae and the Federal Student Aid Fund are all programs, divisions and products under the guidance of the United States Treasury Department and proper parties in this lawsuit as individually organized and as such departments under the organization of the United States. Service of Process should be perfected by serving the Acting U.S. Attorney Bob Troyer, 1801 California Street, Suite 1600, Denver, CO 80202, Tel: (303) 454-0100, Fax: (303) 454-0400**

**3. Student Loan Forgiveness, by and through MC Business Group may be served with process at their main office located at 55 E. Huntington, Suite 108, Arcadia, CA 91007, are proper defendants due to their fraudulent actions in identifying themselves as a government agency able to broker student loan forbearance or other agreements in the place and stead of Coleen C. Hoffmeister with the Department of Education or the Federal Student Aid or other government agencies.**

**FACTS**

**1. In 1976, after a failed abusive marriage, Coleen C. Hoffmeister (Fisher) became a single mother of two working at less than perfect wages. Coleen C. Hoffmeister moved to Topeka, Kansas in 1980 to attended the University of. After 17 years of working**

**40 plus hours a week and attending college, she obtained a Bachelor's Degree in English in December 1997 with the assistance of PELL Grants, Student Loans, and her hard-earned money, all the while supporting a household making under $20,000 a year.**

**2. In 1983, Charles R. and Coleen Hoffmeister were married in Topeka, Kansas, both working in their fields making less than $40,000 a year up to 1997.**

**3. After graduating in 1997, Coleen C. Hoffmeister began making steady payments to repay Student Loans up until sometime in 2004 until approximately $2,000 was left due and owing.**

**4. From 1997 to approximately 2004, Charles R. Hoffmeister and Coleen C. Hoffmeister lived in or near Kansas City, Missouri making $85,000 to $100,00 a year, dutifully filing income taxes with the Internal Revenue Service.**

**5. In December, 1997, Charles R. Hoffmeister suffered a coronary event requiring open heart surgery while he was between jobs and without insurance causing approximately $100,000 in medical bills. After three months of recuperation, Charles R. Hoffmeister eventually recuperated and returned to work.**

**6. In 2004, Coleen C. Hoffmeister lost her job due to age discrimination and restructuring by a Kansas City, Missouri law firm.**

**7. From May, 2004 up through June, 2005, Coleen C. Hoffmeister was unemployed and outsourced her capabilities as a paralegal in the legal arena to maintain a proper lifestyle in Gladstone, Missouri.**

**8. During this period of time, Coleen C. Hoffmeister acquired a forbearance and/or deferment on her student loans.**

**9. In approximately 2004, after paying multiple doctors' bills and the refusal of one health facility to bargain a lump sum payment against the Fair Debt Collection Practices, Charles R. Hoffmeister and Coleen C. Hoffmeister filed Chapter 7 bankruptcy in the Kansas City, Missouri bankruptcy courts.**

**10. From approximately 2002 to 2005, Coleen C. Hoffmeister suffered from Grave's disease warranting a thyroidectomy; her youngest brother was wrongfully convicted of a crime now/still serving a 30-year sentence in Florida; in November, 2004, her mother, Josephine J. Swisher, committed suicide causing a total disintegration of her nucleus family; on December 25, 2006, her middle brother died of a double aneurysm while her husband was in the hospital recuperating from another of his many, many serious illness.**

**11. In approximately 2002, Mark A. Fisher became disabled with four children under his roof leaving a burden of responsibility on his step-father and mother to financially assist this son and his family on a regular basis.**

**12. Coleen C. Hoffmeister's state of mind and capabilities to handle the a multiple traumas, extreme sadness and loss, along with the psychological grieving and stress of all the issues above made it impossible to focus on anything but the daily survival and day-to-day struggle. Added to the above, she struggled multiple times a year with her life-long best friend and husband, who suffered multiple health set-backs leaving her little room or time to even consider a $2,000 student loan debt.**

**13. In July, 2005, due to all of the above, Coleen C. Hoffmeister moved to Denver, Colorado and immediately gained employment in her field and is gainfully employed in Denver today.**

**14. In January, 2006, Charles R. Hoffmeister sold their home and also moved to Denver, Colorado immediately attempting to obtain employment.**

**15. In May, 2006, Charles R. Hoffmeister fell chronically ill from heart disease, renal failure and Sjogren's disease, and for the next three years continued to suffer constant three-month hospital stays. From 2006 to the present, Charles R. Hoffmeister has suffered many near death illnesses with extended hospital stays multiple times a year.**

**16. On or about May, 2008, Charles R. Hoffmeister and Coleen C. Hoffmeister attempted to file Chapter 13 bankruptcy due to the near $1,000,000.00 (one million dollars) in medical bills. Due to Charles R. Hoffmeister's disability, he couldn't file bankruptcy and was unable to pay $1,000,000.00 in medical bills. Soon Coleen C. Hoffmeister was being hounded for payment and ended up successfully finalizing Chapter 13 bankruptcy in approximately 2010.**

**17. During her lifetime, Coleen C. Hoffmeister has had the responsibility of maintaining employment and a household; she had had to weather her husband's health problems and disability while also caring for her two children, Mark A. Fisher and Dean P. Fisher and assisting with her six grandchildren.**

**18. In the fall of 2012, Charles & Coleen Hoffmeister welcomed home their 21 year old grandson from the Army who suffered from PTSD and lived with them until August, 2013.**

**19. In September, 2013, due to threatened homelessness, unemployment and serious health issues, Charles R. Hoffmeister and Coleen C. Hoffmeister moved Mark A. Fisher, his wife, Amber R. Fisher and 9 year old son, Kierstyn U. Fisher to Denver Colorado**

**for their safety and financial assistance. This family of five still maintains a household under one roof until this day.**

**20. From 2013 to the present, Coleen C. Hoffmeister has handled the unemployment and illness issues of her daughter-in-law., She has been responsible for housing, caring for and financially supporting a household of five and in addition to assisting her 21-year-old grandson on many occasions. At all times, it has been Coleen C. Hoffmeister's responsibility to maintain household bills, food, clothing and other expenses for five or more people. Even now with new income from her daughter-in-law as a CNA, the steady income and maintenance of the household is squarely on the shoulders of Coleen C. Hoffmeister.**

## COUNT I

## ATTEMPTED REPAYMENT OF A STUDENT LOAN AND

**1. Following the completion of her Chapter 13 Bankruptcy, on or about June, 2015, Coleen C. Hoffmeister began receiving hundreds of telephone calls daily, hundreds of brochures from multiple different collection agencies, supposed "self-help groups," to include Navient and Student Loan Forgiveness and too many others to name, concerning the remaining balance on her Student Loan, with many phone calls received at her place of employment to include Navient and Loan Forgiveness.**

**2. Coleen C. Hoffmeister notified every one of them to cease contacting her at her place of employment, to include calls from Navient and Loan Forgiveness, which continued multiple times a day until June, 2015.**

**3. To address this issue, Coleen C. Hoffmeister immediately accessed the Federal Student Aid cite on or about June, 2015, and attempted to apply for forbearance or**

**forgiveness of the remaining student loan amount which had ballooned from $2,000 to over $4,000.**

**4. After multiple attempts to fulfill the requirements and steps necessary to set up any program or agreement all attempts through the Federal Loan website failed.**

**5. From the hundreds of phone calls and messages from organizations stating they were a part of the US Government and/or promising to be able to complete the necessary forms to obtain an agreement with the US Federal Student Aid and the US Department of Education, Coleen C. Hoffmeister chose the "Loan Forgiveness", paid them $500 to assist in working with the acquiring loan forgiveness, forbearance, and/or a small payment plan as early as August, 2015.**

**6. After multiple emails between Loan Forgiveness and the Federal Student Aid, and working with the Federal Student Aid websites, countless attempted phone calls, all attempts to fulfill the requirements and steps necessary to set up any forbearance, or repayment program with the Federal Student Aid no response, assistance or agreement from the Federal Student Aid offices or attempts on their website continued to fail.**

**7. Coleen C. Hoffmeister faithfully attempted to set up a repayment plan with the Federal Student Loan Program, Navient and USA Funds with over one hundred e-mails, phone calls, requests for assistance without success due to the failure of the Federal Student Loan Program website, advocates and manless phone numbers identified in all ads and responses from the Federal Student Loan Program.**

**8. Loan Forgiveness misrepresent their ability to assist with the repayment of a student loan and the actions of the Federal Student Loan program, Navient and USA Funds is paramount of refusal to accept payment, at no fault of Coleen C. Hoffmeister but the fault**

**of Navient, the Federal Student Loan Program website and advocates not trained or equipped to assist in getting anything done but answering the phones and blaming other agencies.**

**9. Due to the above, Charles R. and Coleen C. Hoffmeister's tax returns were withheld and are still within the system, unaccounted for and mis-appropriated.**

**10. The Federal Student Loan Association, Navient, USA Funds under the guidance of US Treasury Department have therefore breached the Fair Debt Collections Act failing to accept or properly assist in setting up a pre-payment program.**

**11. Charles R. and Coleen C. Hoffmeister have suffered losses from the misappropriation of their tax returns due to the above agencies.**

COUNT II
FAILURE OF THE INTERNAL REVENUE SERVICE TO NOTICE
OR ACCOUNT FOR THE WHEREABOUTS OF INCOME TAX RETURNS
OF CHARLES R. AND COLEEN C. HOFFMEISTER

**12. Charles R. and Coleen C. Hoffmeister adopt and incorporate by reference all instances and allegations as though fully set forth herein.**

**13. Charles R. and Coleen C. Hoffmeister filed their 2015 taxes to include claiming her 23-year-old grandson, Aaron E. Fisher, on March 1, 2016 with exactly $1,368 due to them from the IRS to be automatically deposited into their checking account.**

**14. Beginning in May, 2016, Coleen C. Hoffmeister attempted to locate these tax returns via the IRS website. After successfully entering the required information no "hits" or other information in reference to the status of their return could be found.**

**15. Coleen C. Hoffmeister requested an IRS tax advocate to investigate the status of their income tax return and was told the Department of Education had seized the entire amount of this tax return to off-set the balance due and owing on her Student Loan.**

**16. Charles R. Hoffmeister does not owe any student loans and is not accouintable for any Federal Student Loans.**

**17. Charles R. and Coleen C. Hoffmeister were never given notice of the seizure of their income tax returns to allow Coleen C. Hoffmeister to file injured spouse or object to the seizure of Charles R. Hoffmeister's portion of the 2015 income tax return.**

**18. Regardless of hundreds of phone calls, requests for advocates from all defendants, many, many filed complaints and hundreds of emails to every Defendant above named, to this date there is no record or accountability of the whereabouts of the Plaintiff's tax returns held by the United States Treasury, the United States Student Loan, the Federal Student Aid, the Internal Revenue Service of any other government entity.**

**19. All of the above are omissions not only error by the Defendants above named but are a misappropriation of funds, acts of malice, malfeasance, corruption, and collusion joined together in the largest governmental racket known to any U.S. citizen.**

**20. The Internal Revenue Service, the Federal Student Loan Association, Navient, USA Funds under the guidance of US Treasury Department have therefore breached the Fair Debt Collections Act failing to account for and misappropriating income tax returns and unable to locate the tax returns of Charles R. and Coleen C. Hoffmeister.**

**21. Charles R. and Coleen C. Hoffmeister have suffered losses from the misappropriation of their tax returns due to the actions of the above agencies.**

## <u>COUNT III</u>
## ACTIONS BY USA FUNDS, THE DEPARTMENT OF EDUCATION, THE DEPARTMENT OF TREASURY AND THE FEDERAL STUDENT AID AGAINST THE FAIR DEBT COLLECTION PRACTICES ACT

**22. Charles R. and Coleen C. Hoffmeister adopt and incorporate by reference all instances and allegations as though fully set forth herein.**

**23. Regardless of the attempts by Coleen C. Hoffmeister to acquire a forbearance, or repayment plan with the US Department of Education or Federal Student Loan, both Sally Mae and the USA Funds reported to Experian and other credit reporting entities at least a dozen times, duplicating multiple reports of $200 debts instead of one for a $2,000 student loan debt reducing Plaintiff Coleen C. Hoffmeister's credit score to the detriment of her ability to refinance her home under the Home Affordable Modification Program (HAMP) or The Home Affordable Refinance Program (HARP) or drop the mortgage insurance as allowed by law or refinance it for needed repairs as mentioned below.**

**24. Upon grievance and demand for correction to Experian by Coleen C. Hoffmeister, The Department of Education, the Federal Student Aid confirmed all duplications to Experian continuing the false report of the multiple duplications reported for the debt owed to Federal Student Aid, keeping the credit score below any ability to refinance the Hoffmeister home at a lower interest rate as mentioned above.**

**25. These duplications are acts against the Fair Debt Collection Practices Act collusion, malfeasance and racketeering by the Defendant, the United States Department of Treasury through the Federal Student Loan, the Department of Education, Sally Mae to be followed by Navient and the USA Funds.**

**26. The Internal Revenue Service, the Federal Student Loan Association, Navient, USA Funds under the guidance of US Treasury Department have therefore breached the Fair Debt Collections Act failing to account for and misappropriating income tax returns and unable to locate the tax returns of Charles R. and Coleen C. Hoffmeister.**

**27. Charles R. and Coleen C. Hoffmeister have suffered losses from the misappropriation of their tax returns due to the actions of the above agencies.**

## COUNT IV

## MISAPPROPRIATION FO FUNDS, COLLUSION, CORRUPTION, MALFEASANCE, AND FAILURE TO DISCLOSE

**28. Charles R. and Coleen C. Hoffmeister adopt and incorporate by reference all instances and allegations as though fully set forth herein.**

**29. The Loan Forgiveness entity and Coleen C. Hoffmeister worked from August, 2015 to approximately December, 2015 with multiple phone calls, emails and submissions to the Federal Student Aid website, all during Coleen C. Hoffmeister's work hours, but failed to obtain any agreement with The Federal Student Loan organization, including hand delivering requested paper work to the Federal Student Loan office.**

**30. The Federal Student Loan and other US offices and advocates continued to refuse all paperwork, all requests from Coleen C. Hoffmeister for advocates to assist from all Defendant United States Departments for any forbearance or repayment plan.**

**31. In one final phone call from Navient and JH. Cann, (another of many organizations put in place to assist the Federal Student Aid, The Department of Education, USA Funds, and The Treasury Department), to Coleen C. Hoffmeister's place of employment, Coleen C. Hoffmeister was notified that Loan Forgiveness was not a government organization and had no powers to broker an agreement with the Federal Student Aid program.**

**32. Coleen C. Hoffmeister immediately confronted Loan Forgiveness advising them of their fraud, requesting a refund of monies paid, with no return emails and no return of the $500 fee.**

**33. Coleen C. Hoffmeister then proceeded to answer questions over the phone to FH Cann & Associates concerning her financial ability to repay without physical proof of the same, with Navient and FH Cann's acceptance of a $5 payment a month to place the Student Loan in forbearance which was automatically withdrawn from a bank account in her name for six months.**

**34. During all of the above period on multiple occasions, Coleen C. Hoffmeister accessed the Internal Revenue Service website to ascertain the whereabouts of her income tax return, entering the required information with no response or trail as to the whereabouts of Charles R. and Coleen C. Hoffmeister's 2015 tax return refund.**

**35. On multiple occasions Coleen C. Hoffmeister requested an advocate to assist her in the forbearance of her student loan and locating their tax returns with no answers and lots of finger pointing, the last of which was with the Internal Revenue Service with no response whatsoever.**

**36. Coleen C. Hoffmeister continued to make complaints and demands through the US Attorney General's office, the Department of Education, the Federal Student Aid, USA Funds, Navient, the Department of Treasury via email, online complaints and mail with continued denials and finger pointing to each department as to the whereabouts of her tax returns, stating none of these departments seized her income taxes.**

**37. The Internal Revenue Service, the Federal Student Loan Association, Navient, USA Funds under the guidance of US Treasury Department have therefore breached the Fair Debt Collections Act failing to account for and misappropriating income tax returns and unable to locate the tax returns of Charles R. and Coleen C. Hoffmeister.**

**38. Charles R. and Coleen C. Hoffmeister have suffered losses from the misappropriation of their tax returns due to the actions of the above agencies.**

## COUNT V

## CONTINUED COLLUSION, CORRUPTION, MALFEASANCE, AND EXTORTION OF THE DEPARTMENT OF EDUCATION, FEDERAL STUDENT AID, USA FUNDS AND NAVIENT

**39. Charles R. and Coleen C. Hoffmeister adopt and incorporate by reference all instances and allegations as though fully set forth herein.**

**40. Following the six months of $5.00 payments with an interest rate raising the amount due exponentially, JH Cann in place of Navient, USA Funds, the Federal Student Loan, and the Department of Education under the direction of the Department of the Treasury, unilaterally set up monthly payment demands without consideration of the above or following financial burdens in the amount of $50.52 and without contacting Coleen C. Hoffmeister, or requesting additional information of her financial burdens.**

**41. Navient and USA Funds unilaterally set up payments without contacting Coleen C. Hoffmeister to account for any mounting medical expenses due to her husband's health issues, maintenance of a household of five people with an income of $54,000, which includes food, monthly expenses, clothing, and household upkeep.**

**42. Navient and USA Funds unilaterally set up payments without consideration of past expenses in 2016 which included replacing the home air condition, the furnace, a hot water heater, the refrigerator, the microwave and remodeling a bathroom full of mold and rotted floors, to the tune of over $10,000 paid for with cash from the retirement fund and small inheritance.**

43. Navient and USA Funds unilaterally demanded a repayment plan of $50.52 a month. Regardless of any consideration for past illegal debt collection practices, the withholding of Charles R. Hoffmeister and Coleen C. Hoffmeister's 2015 income taxes in the amount of $1,368, these are actions tantamount to misappropriation of funds collusion, extortion and corruption by the Department of the Treasury and all defendants named herein.

44. Charles R. Hoffmeister and Coleen C. Hoffmeister are 65 years old. Coleen C. Hoffmeister has little in retirement funds, a dwindling inheritance, is still gainfully employed. Yearly household income includes:

- Coleen C. Hoffmeister, employed at White & Steele, LLC $54,000;
- Charles Hoffmeister's disability approximately $14,000;
- Mark A. Fisher's disability approximately $11,000 a year;
- Wife, Amber R. Fisher, after three years of illness and employment uncertainty is making $16.92 an hour as a CNA, totaling approximately $30,000;
- Total household gross income at approximately $107,000 a year;
- Federal and state withholding, insurance premiums and other expenses at approximately 30% this household is living on approximately $68,000 take home pay.

45. The actions of The United States Department of Treasury and its organization of the Internal Revenue Service, the Department of Education, The Federal Financial Student Loan, USA Funds, Navient and even JH Cann & Associates in the collection of this specific student loan is against public policy, tantamount to collusion, illegal debt collection practices, racketeering and corruption and certainly misappropriation of the tax returns of

**Charles R. and Coleen C. Hoffmeister. All entities above named should be held accountable for their actions.**

**46. Charles R. and Coleen C. Hoffmeister have suffered losses from the misappropriation of their tax returns due to the actions of the above agencies.**

## PRAYER FOR RELIEF

**WHEREFORE, the Plaintiffs, Charles R. Hoffmeister and Coleen C. Hoffmeister pray for relief from the actions of the US Department of Treasury to correct and repair the damages as follows:**

**A. Due to the unfair Debt Collection Practices by the Defendants, these Plaintiffs' pray for relief of repayment of a $2,000 student loan that should have been forgiven due to the plaintiffs' financial burden and inability to repay.**

**B. Disclosure and repayment of Plaintiffs' income tax refund in the amount of $1,358 plus triple interest from the date of filing of their tax returns from each Defendant.**

**C. Due to the unfair reporting by Sally Mae and USA Funds to the Credit Bureau in triple, the Plaintiff's pray for the amount lost by them due to their inability to refinance their home, reducing not only the interest rate, but the mortgage insurance, in the amount of $150,000 from each and every department under the U.S. Department of Treasury, to include the Federal Student Loan, The Department of Education, USA Funds, and Navient.**

**D. Due to the misappropriation of funds, corruption, malfeasance and racketeering of the US Treasury Department, Plaintiffs pray for an amount fair and just and actions to unravel the fraud and collusion experienced by the American citizen to include these Plaintiffs by all Defendants.**

**D. Due to the misappropriation of funds, corruption, malfeasance and racketeering of the US Treasury Department, Plaintiffs pray for an amount fair and just and actions to unravel the fraud and collusion experienced by the American citizen to include these Plaintiffs by all Defendants.**

**Dated this 11th day of April, 2017.**

**CHARLES R. HOFFMEISTER**

**COLEEN C. HOFFMEISTER**