IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00889-LTB-MEH

CHARLES R. HOFFMEISTER, and
COLEEN C. HOFFMEISTER,

      Plaintiffs,

v.

THE SECRETARY OF THE US TREASURY,
NAVIENT,
U.S. TREASURY DEPARTMENT,
THE SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION
U.S. DEPARTMENT OF EDUCATION,
UNITED STATES AID FUNDS,
UNITED STATES INTERNAL REVENUE SERVICE,
THE FEDERAL STUDENT AID FUND, and
SALLIE MAE STUDENT LOAN AND STUDENT LOAN FORGIVENESS,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2018.**

      Before the Court is Plaintiffs' Motion to Amend Scheduling Order and Request for Dispute Hearing [ECF No. 96]. Counsel for the parties are directed to appear before the Court for a hearing regarding the above matter on Thursday, **May 10, 2018, at 2:30 p.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).