IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 17-cv-00889-LTB-MEH | Date: | May 10, 2018 |
| Courtroom Deputy: | Cathy Pearson | FTR: | Courtroom A 501 |

*Parties:* *Counsel:*

CHARLES R. HOFFMEISTER and            Pro se
COLEEN C. HOFFMEISTER,                Pro se

    Plaintiffs,

v.

UNITED STATES INTERNAL REVENUE        Zeyen Wu
SERVICE,
US TREASURY DEPARTMENT,
US DEPARTMENT OF EDUCATION,
USA FUNDS,
NAVIENT,                              Taylor Haywood
UNITED STUDENT AID FUNDS,
THE FEDERAL STUDENT AID FUND, and
SALLIE MAE STUDENT LOAN AND
STUDENT LOAN FORGIVENESS,

    Defendants.

---

**COURTROOM MINUTES**
**MOTION HEARING**

---

**Court in session:**     2:56 p.m.

Court calls case. Appearances of *pro se* Plaintiffs and counsel for Defendants.

Discussion held and argument given regarding Plaintiffs' Motion to Amend Scheduling Order and Request for Dispute Hearing (Doc. 96).

**ORDERED:** Ms. Haywood shall disclose to Plaintiffs two names, one from each of her clients, of people for deposition by **close of business on May 11, 2018.**

**ORDERED:** Plaintiffs' Motion to Amend Scheduling Order and Request for Dispute Hearing (Doc. 96) is granted as stated on the record. Plaintiffs may take four (4) depositions: a 30(b)(6) witness, two fact witnesses, and one advocate. Ms.

        Haywood shall assist the plaintiffs in arranging the depositions of the out-of-town witnesses.

**ORDERED:** **On or before close of business May 18, 2018,** the defendants shall produce the documents set forth in the December 15, 2017, Rule 26(a)(1) disclosure.

**ORDERED:** Plaintiffs shall have five (5) requests for production of documents, five (5) requests for admissions, and five (5) interrogatories, which shall be served on or before **close of business on May 11, 2018.**

**ORDERED:** Summary Judgment motions shall be filed 30 days after the last deposition is taken. The parties shall file a Status Report, advising the Court when the last deposition has been taken.

Discussion held regarding possible discovery needed by the United States defendants.

**ORDERED:** The United States defendants shall have five (5) requests for production of documents, five (5) requests for admissions, and five (5) interrogatories, as well as four (4) depositions as stated on the record. If the stay of discovery is lifted as to the United Stated defendants and the Motion to Dismiss is reversed, the Court will extend the discovery deadline for the United States defendants.

**Court in recess:**    **3:51 p.m.**    Hearing concluded.
Total in-court time:    00:55

\*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.