\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133(Rev. 12/09) Bill of Costs

USDC Colo. Version – (Further Rev. (12/01/2013)

# BILL OF COSTS

**United States District Court**
DISTRICT: **DISTRICT OF COLORADO**

Coleen C. Hoffmeister et al
v.
The Secretary of the US Treasury et al

DOCKET NO.: **1:17-cv-00889-LTB-MEH**
MAGISTRATE CASE NO.:

Judgment having been entered in the above entitled action on **May 14, 2019** against **Coleen C. Hoffmeister** the clerk is requested to tax the following as costs:

*FILED UNITED STATES DISTRICT COURT DENVER, COLORADO June 18, 2019 JEFFREY P. COLWELL, CLERK*

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 2,563.96 ✓ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |
| **TOTAL** | **$ 2,563.96** |

**(Clerk's Note: Costs requested are for three depositions - Plaintiff Coleen Hoffmeister's depositions of June 4 and July 30, 2018, and Charles Hoffmeister's deposition of June 5, 2018. Plaintiff's depo. was used in Navient's summary judgment motion; Charles Hoffmeister's was not. Navient's counsel did confirm, and the record reflects, that the parties stipulated to Mr. Hoffmeister's dismissal shortly after his deposition. The Clerk is satisfied that Mr. Hoffmeister's deposition was necessarily obtained in light of his departure from the case soon after his depostion was taken, which makes it apparent that the deposition was necessary and successful in highlighting that his continued participation was not sustainable. Therefore, his deposition is taxable as it was "reasonably necessary for use in the case at the time the expense was incurred." See In Re Williams Securities Litigation, 558 F.3d 1144, 1149 (10th Cir. 2009) ("Any rule that permits costs only for depositions received into evidence or used by the court in ruling upon a moton for summary judgment is narrower than [S]ection 1920."). Finally, the Clerk finds that the individual charges on the deposition invoices are standard and reasonable.)**

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney: /s/ Taylor T. Haywood
Print Name: Taylor T. Haywood
Phone Number: (303) 260-7712
For: Navient Solutions, LLC
Date: May 17, 2019
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:
Date and Time: **June 18, 2019 at 9:00 a.m.**

Costs are hereby taxed in the following amount and included in the judgment:
Amount Taxed $ **2,563.96**

CLERK OF COURT
JEFFREY P. COLWELL

(BY) DEPUTY CLERK: **s/ Edward Butler**
DATE: **June 18, 2019**

**Clerk's Notes: Counsel for defendant appeared in person, Plaintiff (pro se) appeared by phone. The Clerk heard argument from Navient and the plaintiff. Plaintiff stated that she objects to the Clerk's award of costs in general, as well as his finding that Charles Hoffmeister's deposition is taxable, esp. in light of her assertion that his departure from the case was due to the mental and physical strain of litigation on Mr. Hoffmeister.**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. *17-cv-00889-LTB-MEH*
*Coleen C. Hoffmeister v. Navient, et al.*

# CERTIFICATE OF SERVICE

I hereby certify that on June 18 2019, I electronically filed the Taxation of Costs document in this case through the U.S. District Court's Case Management / Electronic Case Filing (CM/ECF) system, which will send notification of such filing to the following e-mail addresses of CM/ECF registrants:

**Justin Donald Balser**   justin.balser@akerman.com, den-cf@akerman.com, elizabeth.streible@akerman.com, katie.oshea@akerman.com, megan.pennington@akerman.com, toni.domres@akerman.com

**Katherine Ann Ross**   katherine.ross@usdoj.gov, CaseView.ECF@usdoj.gov, USACO.ECFCivil@usdoj.gov, betsy.hernandez-soto@usdoj.gov

**Zeyen Julian Wu**   zeyen.wu@usdoj.gov, CaseView.ECF@usdoj.gov, annette.dolce@usdoj.gov, usaco.ecfcivil@usdoj.gov

**Taylor T. Haywood**   taylor.haywood@akerman.com, den-cf@akerman.com, megan.pennington@akerman.com, toni.domres@akerman.com

I also hereby certify that this document has been sent by U.S. Mail to the following **non-CM/ECF** participant:

Charles R. Hoffmeister(Terminated)
1298 South Quieto Way
Denver, CO 80223

Coleen C. Hoffmeister
740 Twin Valley Loop
Linn Creek, MO 65052

Dated this June 18, 2019 in Denver, Colorado.

s/ Edward Butler
Deputy Clerk